EL PUEBLO DE PUERTO RICO, peticionario, *v.* JOSÉ G. CRUZ ARROYO, recurrido.

*Número:* CC-2003-960    *Resuelto:* 30 de enero de 2004

### RESOLUCIÓN

A la solicitud de *certiorari* presentada por la parte peticionaria, *se provee "no ha lugar" por ser esencialmente correcta la Resolución recurrida.*

*Se ordena la publicación de la Resolución emitida por el Tribunal de Circuito de Apelaciones.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señor Rebollo López y Señor Hernández Denton expedirían para pautar.

(*Fdo.*) Patricia Otón Olivieri,
*Secretaria del Tribunal Supremo*